12 A.3d 287

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael S. BROWN, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 10, 2011.

422

## ORDER

PER CURIAM.

AND NOW, this 10th day of January, 2011, the Petition for Allowance of Appeal and Application for Leave to File Supplemental Motion are denied.

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.